JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION, a Korean Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ARCADIA GROUP, LTD., a Delaware Corporation, individually, and doing business as "TOP SHOP"; and DOES 1-10,<br><br>Defendants. | Case No.: 2:17-cv-05967-CAS-SS<br>*Hon. Christina A. Snyder Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: January 16, 2018          By: *Christina A. Snyder*
                                 HON. CHRISTINA A. SNYDER
                                 UNITED STATES DISTRICT JUDGE